# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MALLINCKRODT INC. and LIEBEL-FLARSHEIM COMPANY, ) ) ) | |
| Plaintiffs, ) | Civil Action No. 1:09-cv-00228-JJF |
| ) v. ) ) | |
| E-Z-EM, INC., and ACIST MEDICAL SYSTEMS, INC., ) ) ) | |
| Defendants. ) ) | |

## DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UNDER FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)

Defendants move, pursuant to Fed. R. Civ. P. 12(b)(6), to dismiss the Complaint in its entirety for failure to state a claim upon which relief can be granted. In support of this motion, Defendants' Memorandum in Support of its Motion to Dismiss for Failure to State a Claim under Federal Rule of Civil Procedure 12(b)(6) is being filed contemporaneously herewith. A form of order granting this motion is attached hereto.

Dated: April 24, 2009

                                              */s/ Mary B. Matterer*
                                              Richard K. Herrmann (#405)
                                              Mary B. Matterer (#2696)
                                              MORRIS JAMES LLP
                                              500 Delaware Avenue, Suite 1500
                                              Wilmington, Delaware 19801-1494
                                              (302) 888-6800
                                              mmatterer@morrisjames.com

                                              Philippe Bennett
                                              ALSTON & BIRD LLP
                                              90 Park Avenue
                                              New York, New York 10016
                                              (212) 210-9400
                                              philippe.bennett@alston.com

                                              *Attorneys for Defendants E-Z-EM, Inc. and*
                                              *ACIST Medical Systems, Inc.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| MALLINCKRODT INC. and LIEBEL-FLARSHEIM COMPANY, | ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 1:09-cv-00228-JJF |
| v. | ) ) ) | |
| E-Z-EM, INC., and ACIST MEDICAL SYSTEMS, INC., | ) ) ) ) | |
| Defendants. | ) ) | |

## **[PROPOSED] ORDER**

Now pending before the Court is DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UNDER FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6).

GOOD CAUSE APPEARING THEREFOR, it is hereby ORDERED that Defendants' motion is GRANTED.  The Complaint in this matter is dismissed in its entirety.

Dated: _____                                        _____
                                                                                        Joseph J. Farnan, Jr., J.