IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MALLINCKRODT INC. and LIEBEL-FLARSHEIM COMPANY, <br><br> Plaintiffs, <br><br> v. <br><br> E-Z-EM, INC., and ACIST MEDICAL SYSTEMS, INC., <br><br> Defendants. | ) ) ) ) ) ) Civil Action No. 09-228-JJF ) ) **DEMAND FOR JURY TRIAL** ) ) ) ) ) |

## PLAINTIFF MALLINCKRODT INC. AND LIEBEL-FLARSHEIM COMPANY'S FIRST AMENDED AND SUPPLEMENTAL COMPLAINT FOR PATENT INFRINGEMENT

### THE PARTIES

1.  Plaintiff Mallinckrodt Inc. ("Mallinckrodt") is a corporation organized and existing under the laws of the State of Delaware having an address of 675 McDonnell Boulevard, Hazelwood, Missouri 63042.

2.  Plaintiff Liebel-Flarsheim Company ("L-F") is a corporation organized and existing under the laws of the State of Delaware having a place of business at 2111 East Galbraith Road, Cincinnati, Ohio 45212. L-F is a wholly-owned subsidiary of Mallinckrodt.

3.  Upon information and belief, Defendant E-Z-EM, Inc. ("E-Z-EM") is a corporation organized and existing under the laws of the State of Delaware, having its principal place of business at 1111 Marcus Avenue, Lake Success, New York 11042.

4.  Upon information and belief, Defendant ACIST Medical Systems, Inc. is a corporation organized and existing under the laws of the State of Delaware, having its principal place of business at 7905 Fuller Road, Eden Prairie, Minnesota 55344.

## JURISDICTION

5.  This is an action for patent infringement arising under the Patent Laws of the United States, 35 U.S.C. §§ 1 *et seq.* This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338.

6.  This Court has personal jurisdiction over E-Z-EM and ACIST (collectively, "Defendants") because Defendants have established minimum contacts with the forum by purposefully availing themselves of the laws and benefits of the forum, and the exercise of jurisdiction over the Defendants would not offend traditional notions of fair play and substantial justice. On information and belief, Defendants are both incorporated under the laws of the state of Delaware and have voluntarily conducted business in the District of Delaware.

## VENUE

7.  Venue is proper in this judicial district under 28 U.S.C. §§ 1391 (b) and (c) and/or 1400 because Defendants are incorporated under the laws of the state of Delaware and subject to personal jurisdiction in the District of Delaware.

## COUNT I – INFRINGEMENT OF U.S. PATENT NO. 7,512,434

8.  United States Patent No. 7,512,434 ("'434 patent"), entitled "Remotely Powered Injector," was duly and legally issued on March 31, 2009, to Peter Staats and James E. Knipfer II. L-F owns and has full rights to sue and recover damages for infringement of the '434 patent. A copy of the '434 patent is attached hereto as Exhibit 1. Mallinckrodt is the implied exclusive licensee of the '434 patent.

9.  The '434 patent is valid and enforceable.

10. On information and belief, the Defendants make, use, offer to sell, and/or sell a power injector under the name EmpowerMR despite being aware of the existence of the '434

patent. On information and belief, Defendants became aware of the '434 patent on or shortly after the date of its issuance. Defendants have been aware of the '434 patent since at least as early as April 4, 2009, when the original complaint was served on them. Defendants were also aware of the subject matter of the '434 patent since at least as early as October 16, 2007, when E-Z-EM filed with the United States Patent and Trademark Office an Information Disclosure Statement identifying certain prior art, including the application (No. 09/851,462) that resulted in the issuance of the '434 patent.

11. On information and belief, Defendants offer to sell, sell, install, instruct on how to install, and/or arrange for installation of their EmpowerMR injector in magnetic resonance imaging ("MRI") suites that have: i) a shielded magnet room having walls that include electromagnetic shielding; ii) an MRI system comprising a magnet that is located inside the magnet room; and iii) an AC power outlet located outside the magnet room. The Defendants also install the EmpowerMR injector so that it accesses and receives power from a power supply of the injector that is located outside the magnet room and that receives power from the AC power outlet. In addition, the Defendants install the EmpowerMR injector so that a power connection of the injector is configured to convey electrical power from the power supply into the magnet room and to a power head of the injector located in the magnet room. The Defendants also install the EmpowerMR injector so that the power connection includes a radio frequency filter.

12. On information and belief, since March 31, 2009 and/or continuing after April 4, 2009, Defendants have infringed, and continue to infringe, contribute to infringement of, and/or induce infringement of, either literally or under the doctrine of equivalents, one or more claims

DB02:8513723.1    068242.1001

of the '434 patent by making, using, offering to sell, and/or selling certain injector systems, including but not limited to injectors marketed under the name EmpowerMR.

13. On information and belief, Defendants have actively induced, and continue to induce, the infringement of one or more claims of the '434 Patent by actively inducing the making, use, offer for sale, sale, and /or import of certain injectors and injector systems, including but not limited to MR suites with MR injectors marketed under the name EmpowerMR. E-Z-EM intends that others will use its injector systems in an manner that infringes the'434 patent

14. On information and belief, Defendants have contributorily infringed and continue to contributorily infringe the '434 patent by offering to sell and/or selling within the United States, and/or importing into the United States, a component of a machine, manufacture, combination or composition covered by the '434 patent, constituting a material part of the invention, which is not a staple article or commodity of commerce suitable for substantial non-infringing use. On information and belief, Defendants know that the component and/or material and/or apparatus is especially made or especially adapted for use in an infringement of the '434 patent.

15. Defendants by their infringement of one or more claims of the '434 patent have caused Mallinckrodt and L-F damage for which remedies at law are inadequate, and Mallinckrodt and L-F will continue to suffer such damage and irreparable injury unless and until the infringement by Defendants is enjoined by this Court.

16. Defendants' infringement has occurred and continues to occur with Defendants' knowledge of the '434 patent. Upon information and belief, Defendants' infringement of the '434 patent has been, and continues to be, willful and deliberate. Defendants' willful conduct


provides a basis for this Court to award enhanced damages pursuant to 35 U.S.C. § 284, and makes this an exceptional case within the meaning of § 285.

17. The Defendants' infringement of one or more claims of the '434 patent has injured and will continue to injure Mallinckrodt and L-F, and Mallinckrodt and L-F are entitled to recover damages in an amount to be determined at trial for Defendants' infringement.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiffs Mallinckrodt and L-F respectfully request that judgment be entered in favor of Mallinckrodt and L-F and against Defendants E-Z-EM and ACIST and pray that the Court grant the following relief to Mallinckrodt and L-F:

A.  A judgment that the Defendants have infringed, induced the infringement of, and/or contributed to the infringement of the '434 patent, and continue to infringe, induce the infringement of, and/or contribute to the infringement of the '434 patent;

B.  Entry of a permanent injunction pursuant to 35 U.S.C. § 283 enjoining the Defendants, their officers, directors, servants, consultants, managers, employees, agents, attorneys, successors, assigns, affiliates, subsidiaries, and all persons in active concert or participation with any of them, from infringement, contributory infringement, and inducement of infringement of the '434 patent, including but not limited to making, using, offering to sell, selling, or importing any products that infringe the '434 patent;

C.  Entry of a preliminary injunction enjoining the Defendants from infringing, contributorily infringing, and inducing infringement of the '434 patent, including but not limited to making, using, offering to sell, selling, or importing any products that infringe the '434 patent.

D.  An award of all damages to compensate Mallinckrodt and L-F for the Defendants' infringement, contributory infringement, and/or inducement of infringement, such damages to be determined by a jury and, if necessary, an accounting of all damages;

DB02:8513723.1　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　068242.1001

E. An award of prejudgment and post-judgment interest to Mallinckrodt and L-F pursuant to 35 U.S.C. § 284;

F. That Defendants' infringement be determined to have been willful and deliberate, and that the Court award up to treble damages to the plaintiffs pursuant to 35 U.S.C. § 284;

G. A declaration that this case is exceptional under 35 U.S.C. § 285 and an award of the reasonable attorneys' fees, costs, and expenses incurred by Mallinckrodt and L-F in this action; and

H. Such other and further relief as this Court may deem just and proper.

## JURY DEMAND

Mallinckrodt and L-F hereby demand a trial by jury on all issues and claims so triable.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Melanie K. Sharp*
---
Melanie K. Sharp (No. 2501)
Megan C. Haney (No. 5016)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801

P.O. Box 391
Wilmington, Delaware 19899-0391
(302) 571-6681
msharp@ycst.com

Robert G. Krupka, P.C.
Guy Ruttenberg
Allison Buchner
KIRKLAND & ELLIS LLP
777 South Figueroa Street
Los Angeles, CA 90017
(213) 680-8400
rkrupka@kirkland.com
gruttenberg@kirkland.com
abuchner@kirkland.com

*Attorneys for Mallinckrodt Inc. and Liebel-Flarsheim Company*

Dated: July 23, 2009

# EXHIBIT 1



US007512434B2

## (12) United States Patent
### Staats et al.

(10) Patent No.: US 7,512,434 B2
(45) Date of Patent: Mar. 31, 2009

(54) **REMOTELY POWERED INJECTOR**

(75) Inventors: **Peter Staats**, Loveland, OH (US); **James E. Knipfer, II**, Ft. Wright, KY (US)

(73) Assignee: **Liebel-Flarsheim Company**, Cincinnati, OH (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 370 days.

(21) Appl. No.: 09/851,462

(22) Filed: **May 8, 2001**

(65) **Prior Publication Data**

US 2002/0169415 A1    Nov. 14, 2002

(51) **Int. Cl.**
*A61B 5/05* (2006.01)
*A61B 6/00* (2006.01)
*G01V 3/00* (2006.01)

(52) **U.S. Cl.** .................... 600/420; 324/307; 600/431

(58) **Field of Classification Search** .............. 600/420, 600/431, 407; 604/131; 324/307, 309, 318, 324/322

See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| 5,432,544 | A | * | 7/1995 | Ziarati | 600/410 |
| 5,877,732 | A | | 3/1999 | Ziarati | 345/8 |
| RE36,648 | E | * | 4/2000 | Uber et al. | 600/432 |
| 6,198,285 | B1 | * | 3/2001 | Kormos et al. | 324/318 |
| 2003/0050555 | A1 | * | 3/2003 | Critchlow et al. | 600/420 |
| 2004/0197058 | A1 | * | 10/2004 | Eichelberger et al. | 385/101 |

FOREIGN PATENT DOCUMENTS

| EP | 0 655 220 A1 | 5/1995 |
| JP | 8-2100970 | 8/1996 |
| JP | 9-289983 A | 11/1997 |
| WO | 00-74752 A1 | 12/2000 |

OTHER PUBLICATIONS

Saini et al., In Vitro *Evaluation of a Mechanical Injector for Infusion of Magnetic Resonance Contrast Media*, Investigative Radiology, Aug. 1991, vol. 26, No. 8, pp. 748-751.
JP 9-289983 Abstract, Open Type Magnetic Resonance Imaging Device.
Japanese Abstract; Power System for Computer and Its Control Method; JP8-211970, Sun Microsystems, Inc., Aug. 20, 1996.
Mallinckrodt, Service and Parts Manual, Liebel-Flarsheim *Optistar™ MR Digital Injection System*, Mar. 2000.
Brummett et al., "Power Injectors for MRI", Applied Radiology, May 1999.

* cited by examiner

*Primary Examiner*—Eric F Winakur
*Assistant Examiner*—Michael T Rozanski
(74) *Attorney, Agent, or Firm*—Wood, Herron & Evans, LLP

(57) **ABSTRACT**

A remotely powered magnetic resonance (NR) contrast media injector eliminates the use of batteries to power a power head in a shielded magnet room thereby eliminating inconvenient and costly charging and replacing of batteries. In particular, a power supply regulates and converts electrical power from a standard utility AC outlet available outside of the shielded magnet room to one or more forms of electrical power for supplying a power control for a power head inside the shielded magnet room. Advantageously, the power supply increases flexibility and convenience by using the same number of electrical cables as existing systems and by readily retrofitting existing battery-powered injector system that use a power control with battery receptacles.

40 Claims, 2 Drawing Sheets





PRIOR ART
FIG. 1



FIG. 2

1

# REMOTELY POWERED INJECTOR

## FIELD OF THE INVENTION

The invention relates to contrast media power injectors compatible for use within a magnetic resonance imaging (MRI) suite, and in particular, to electrical interconnection of components of a magnetic resonance (MR) injector.

## BACKGROUND OF THE INVENTION

A Magnetic Resonance Imaging (MRI) unit consists of a large cylindrical superconducting magnet for generating a strong magnetic field, devices for transmitting and receiving radio waves, and a complex computer system. When a patient lies inside the MRI unit, the strong magnetic field causes the hydrogen nuclei in the patient to line up. A low-frequency radio wave is pulsed through the magnet into the patient. The hydrogen atoms absorb the energy released by the radio waves. This disrupts the uniformity of the nuclei. When the radio-wave stimulation stops, the nuclei return to their original state and emit energy in the form of weak radio frequency (RF) signals. The strength and length of these RF signals—and therefore the kind of image produced—depend on the properties of the organ or tissue involved. A computer translates the RF signals into highly detailed cross-sectional images. The images are essentially maps of the locations of water or hydrogen in the body.

The magnetic field produced by the MRI unit constrains installation of associated MRI equipment. In particular, any ferromagnetic object near the MRI unit will be attracted by the magnetic field, either impairing operation of the equipment or becoming a safety hazard if forcibly projected toward the MRI unit. Also, the uniformity of the magnetic field of the MRI unit is altered by ferromagnetic material, even if the ferromagnetic material is secured to prevent safety hazards. Consequently, ferromagnetic material is generally kept away from the MRI unit.

The radio frequency transmissions emitted by the MRI unit toward the patient also poses electromagnetic interference/compatibility (EMIC) constraints on the installation of other equipment. General consumer and medical equipment such as personal computers and monitors are typically inadequately shielded to prevent impairment of function due to the strength of such RF emissions. Inversely, the MRI unit is susceptible to degraded performance if RF noise from other equipment distorts the received RF signal during imaging.

For these reasons, the core of the MRI unit, including the magnetic field producing and RF transmission and receiving portions, is placed within a magnet room that is shielded from the other rooms of the MRI suite and the rest of the facility. Often, nonferrous metal sheets or mesh encompass the entire magnet room to prevent magnetic energy and RF energy from entering or leaving the magnet room. Consequently, the MRI unit generally includes highly shielded electrical power, data and control cabling that are routed through filtered and grounded access points so that susceptible or interfering components of the MRI unit may be placed outside of the shielded room.

The same installation constraints affect installation of other equipment in the shielded magnet room. For example, utility electrical power, typically provided as AC outlets throughout the facility, are a transmission path for RF noise and are thus often not provided in the shielded magnet room. Similarly, sensors and controls for equipment used in the MRI suite often have to be placed in another room of the MRI suite, typically either an equipment room or control room. These

2

controls are connected to the magnet room via a penetration panel that maintains the EMI shielding while allowing penetration by shielded and filtered electrical cables.

As MRI units became capable of increased computational speed, opportunities were presented for use of contrast media, injected into patients before or during an MRI scan, to enhance dynamic imaging studies. In addition, contrast media were developed that allowed MRI scanning of certain types of tissues that otherwise were insufficiently distinguishable from surrounding tissue for effective MRI diagnostic studies. Power injectors for contrast media are sometimes preferred due to repeatability of dosage volumes and injection rates and keeping personnel away from the MRI unit during a scan. However, adapting contrast media injectors from other radiological modalities (e.g., X-ray, Computer-aided Tomography (CT), etc.) was difficult due to MRI unit installation limitations.

With reference to FIG. 1, a power injector system 10 for injecting image-enhancing contrast media into a patient before or during an MRI scan is depicted as installed in an MRI suite 12. In particular, the power injector system 10 depicted is an OPTISTAR™ magnetic resonance (MR) digital injection system available from Mallinckrodt, Liebel-Flarsheim Business, Cincinnati, Ohio. The system 10 successfully operates within an MRI suite 12 by placement of components at varying distances from an MRI unit 14 or with varying degrees of shielding. In particular, a power head 16 contains ultrasonic motors. The ultrasonic motors operate syringes to dispense contrast media and saline solution into a patient as commanded and powered over a shielded power head cable 18 by a power control 20.

The power control 20 is also within a shielded magnet room 22 of the MRI suite 12 along with the power head 16 and the MRI unit 14, although generally spaced away from the MRI unit 14 to reduce the EMIC considerations. Since AC outlets are generally not available in the shielded magnet room 22, the power control 20 is battery powered. The power control 20 provides power to the power head 16 in response to data signals that are relayed from the power head 16 to the power control 20 and between the power control 20 and a touch-screen console 24 outside of the shielded magnet room 22. In particular, a shielded electrical cable 26 for transferring data signals couples the power control 20 to an opening, such as a free hanging D-shell connector 28, in a penetration panel 30. An electrical cable 32 outside of the shielded magnet room 22 is electrically coupled to the other electrical cable 26 inside the shielded magnet room 22 via a filter 34 connected to the penetration panel 30. The filter 34 reduces RF noise induced on the cables 26, 32. In the depicted MRI suite 12, the cable 32 passes from an equipment room 36 that is positioned adjacent to the penetration panel 30 to a control room 38 where the MRI unit controls (not shown) and the power injector touch-screen console 24 reside.

Since the power control 20, and thus the power head 16, are battery powered, a battery charger 40 is placed in the control room 38 for recharging a battery 42 for use in the power control 20. The battery charger 40 receives its power from an AC outlet 44. Thus, an inconvenient task is placed on operators of the MRI unit 14 and battery-powered injector system 10 to monitor the state of charge of batteries 42 and swap batteries between the battery charger 40 and the power control 20. If an undercharge of batteries 42 installed in the power control 20 is not detected in a timely fashion, the operation of the MRI unit 14 is delayed, reducing the number of patients that may be scanned. Such reduction in the number of patients increases medical costs and limits delivery of medical services.

In addition to clinical and staffing considerations, there is the increased inventory of batteries 42 necessary to have sufficient batteries for both use and simultaneous recharging. Furthermore, use of battery power places design constraints upon the battery-powered injector system 10, such as reducing functionality or increasing the size and cost of the batteries 42 to handle the power demand.

As an example of a design constraint, the power control 20 provides power for the electronic components and the ultrasonic motors of the power head 16 and the electronic components of the power control 20 itself. The power control 20 does not power components outside the magnet room 22. Consequently, several of the major components of the battery-powered injector system 10 each individually have internal power supplies that regulate and convert electrical power for use by that major component. For example, the console includes a power supply that also receives power from the AC outlet 44 and converts the AC electrical power to DC voltages useful for the electronics and display devices therein. Similarly, the battery charger 40 includes an internal power supply that regulates and converts AC power to voltages suitable for its electronics and for the battery 42 being recharged. Also, the power control 20 includes an internal power supply for regulating and converting the battery power from installed batteries 42 for the voltages required for its operation. Each internal power supply increases the cost, the size, and the cooling requirement of each major component.

Therefore, a significant need exists for an MR injector system with reduced cost that is simpler to operate than current battery-powered injector systems.

## SUMMARY OF THE INVENTION

The present invention addresses these problems with a remotely powered MR injector that efficiently utilizes AC electrical power provided at convenient AC outlets in a control room of an MRI suite. In particular, a remotely positioned power supply supplies the electrical power requirements for the entire MR injector system. Operators are no longer inconvenienced by charging and replacing batteries. In addition, installation of the MR injector system is enhanced by incorporating electrical power transmission into shielded electrical cables that also transmit data signals.

In one particular aspect of the present invention, a power supply outside of the shielded magnet room provides electrical power to a power head inside of the shielded magnet room via electrical cables coupled through a penetration panel.

In another aspect of the present invention, the power supply replaces a battery charger in an existing battery-powered injector system by providing electrical power across the penetration panel to a power control inside the shielded magnet room. The power control actuates a power head, which is near an MRI unit, to inject contrast agent and saline into patients undergoing an MRI scan. In particular, electrical power from an electrical cable from the penetration panel is interconnected with internal conductors of the power control that previously received power from a battery. The power supply is thus configured to provide electrical power equivalent to those of previously-used batteries. Thereby, existing MR injector systems receive many of the benefits provided by a remotely powered MR injector system.

The above and other objects and advantages of the present invention shall be made apparent from the accompanying drawings and the description thereof.

## BRIEF DESCRIPTION OF THE DRAWING

The accompanying drawings, which are incorporated in and constitute a part of this specification, illustrate embodiments of the invention and, together with a general description of the invention given above, and the detailed description of the embodiments given below, serve to explain the principles of the invention.

FIG. 1 is schematic of a prior art battery-powered injector installed in a magnetic resonance imaging (MRI) suite; and

FIG. 2 is a schematic of a power injector consistent with the present invention with components installed in the magnet room directly powered by other components installed outside of the magnet room.

## DETAILED DESCRIPTION OF SPECIFIC EMBODIMENTS

Turning to FIG. 2, a remotely powered MR injector system 50 consistent with the present invention is installed in an MRI suite 52 having a magnet room 54 enclosed within EMI shielded walls 56. Other portions of the MRI suite 52, depicted as an equipment room 58 and a control room 60, are electrically accessible to the magnet room 54 via a penetration panel 62 in the EMI shielded walls 56. A power supply 64 of the system 50 advantageously provides electrical power to the entire system 50, reaching portions of the system 50 within the magnet room 54 via the penetration panel 62, thereby eliminating the need for battery power to power a power head 66 near an MRI unit 68.

The power supply 64 simplifies installation in the MRI suite 52 by accessing a standard AC outlet 70 in the control room 60. In the illustrative embodiment, the power supply 64 converts standard utility AC power from the outlet 70 into several forms suitable for the other major components of the system 50 with an AC-DC switcher 72, such as a GPM225 global performance switcher available from Condor D.C. Power Supplies, Inc. of Oxnard, Calif. This AC-DC switcher 72 is suitable for use in a medical facility such as control room 60 and may be flexibly supplied from outlet power ranging from 28-264 Vac, 47-63 Hz single phase. Examples of alternative implementations of switcher 72 include the PM200 Series of AC-DC switching power supplies from International Power Sources, Inc. of Holliston, Mass.

For an existing OPTISTAR™ MR system, the power supply 64 advantageously emulates the power performance of the batteries installed into a conventional power control 74 in the magnet room 22. Specifically, a first electrical cable 76 outside of the magnet room 22 couples the power supply 64 to the penetration panel 62. The first electrical cable includes data conductors 78 suitable for electronic data signals for sensing and command signals and power conductors 80 suitable for electrical power signals for powering electronics and electromechanical devices (e.g., ultrasonic motors of power head 66). For instance, the power conductors 80 may be coupled to the battery compartment 81 to utilize existing electrical power wiring in the power control 74.

The first cable 76 connects to a conventional RF filter 86 at the penetration panel 62. The RF filter 86 grounds conductive shields of the first cable 76 so that induced noise on the shields is reduced at the EMI shielded wall 56. Also, the RF filter 86 attenuates RF noise on data and power conductors 76, 80 within a rejection frequency band selected to correspond to

the RF frequencies used by the MRI unit 68. On the inside of the magnet room 54, the other side of the penetration panel electrically couples to a second electrical cable 84 via a free hanging D-shell connector (not shown). The other end of the second cable 84 couples to the power control 74. Like the first cable 76, the second electrical cable 84 includes data conductors 88 suitable for electronic data signals for sensing and command signals and power conductors 90 suitable for electrical power signals for powering electronics and electromechanical devices.

It will be appreciated that either additional interconnections may be made, such as wall connector (not shown) in the wall 91 between the console room 60 and the equipment room 58. Similarly, instead of one cable 76, 84, 98, respectively, between major components 64, 66, 74, 94 of the system 50, a plurality of cables electrically run in parallel may be used.

The power control 74 includes power head control electronics 92 that receives feedback and any operator commands input at the power head 66. The power head control electronics 92 further provides operation status data to a touch-screen console 94 in the control room 60 for display to an operator. The power head control electronics 92 also receives commands from the console 94 and responds by activating a DC-AC ultra sonic motor drive 96 to produce a signal over a power head cable 98 to the power head 66 to actuate syringe plungers to dispense contrast media and/or saline solution.

The power supply 64 facilitates communication between the console and power control 74 by including a data link 100 that couples the first cable 76 to a console cable 102. The console cable 102 advantageously includes data conductors 104 for conducting data signals and power conductors 106 for powering the console 94. Alternatively or in addition to power conductors 106, the power supply 64 may include an interconnection between the AC power received from the AC outlet 70 to an AC outlet 108 externally mounted for a conventional electrical plug of a conventional monitor 94. The data link 100 may further include an original equipment manufacturer (OEM) data port 110 for later upgrades to the system 50.

In use, an operator of a remotely powered MR injector system 50 installs a console 94 and power supply 64 in a control room 60 of an MRI suite 52 by plugging the power supply 64 into an AC outlet 70. A console cable 102 is connected between the console 94 and the power supply 64. A power control 74 and a power head 66 are positioned within the magnet room 54. Specifically, the power head 66 is placed proximate to the MRI unit 68 and connected via power head cable 98 to the power control 74. The power control 74 is spaced away from the MR unit 68. Ideally, any ferromagnetic components of the power control 74 are not only shielded, but also oriented such that the entire power control 74 may be oriented with respect to the magnetic field from the MRI unit to minimize magnetic field interruption. Communication between the portions of the system in rooms 54, 60 is facilitated by cables 76, 84 between the power supply 64 and power control 74. In addition, cables 76, 84 include power conductors 80, 90 to remotely power the power head 66 via power control 74.

By virtue of the foregoing, an improved MR injector system 50 is operable within the demanding EMIC constraints of the MRI suite 52 without the inconvenience and additional costs of using battery power inside the magnet room 54.

While the present invention has been illustrated by a description of various embodiments and while these embodiments have been described in considerable detail, it is not the intention of the applicants to restrict or in any way limit the scope of the appended claims to such detail. Additional advantages and modifications will readily appear to those skilled in the art. The invention in its broader aspects is therefore not limited to the specific details, representative apparatus and method, and illustrative example shown and described. Accordingly, departures may be made from such details without departing from the spirit or scope of applicant's general inventive concept.

What is claimed is:

1. A power injector system for use with a magnetic resonance imaging system installed at least in part within an electromagnetic interference shielded room electrically accessible via a penetration panel, the power injector system comprising:
   a power head and power control unit adapted for operation within the shielded room to controllably inject a compound into a patient;
   a power supply for operation outside the shielded room to receive utility electrical power; and
   a power connection configured to couple electrical power through the penetration panel between the power supply outside of the shielded room and the power control, the power connection comprising a radio frequency filter reducing radio frequency electrical energy carried through said power connection.

2. The power injector system of claim 1, further comprising:
   a control panel for generating data signals to control said power head adapted for operation outside the shielded room;
   a power head control for actuating the powerhead; and
   a data connection coupling said data signals from said control panel to said power head control for actuating said power head.

3. The power injector system of claim 1, wherein said radio frequency filter is incorporated within said penetration panel.

4. The power injector system of claim 1, wherein the power head comprises an electro-mechanical device, and the power connection is configured to actuate the electro-mechanical device.

5. The power injector system of claim 4, wherein the power head comprises an ultrasonic motor, and the power connection is configured to actuate the ultrasonic motor.

6. The power injector system of claim 1, wherein said radio frequency filter grounds conductive shields included within said power connection.

7. The power injector system of claim 1, wherein said radio frequency filter attenuates RF noise within a rejection frequency band selected to correspond to the RF frequencies used by said magnetic resonance imaging system.

8. A method of connecting a battery-powered magnetic resonance (MR) injector system in a shielded magnet room to a remote power supply, the method comprising:
   placing a power supply outside of the shielded magnet room, the power supply coupled to an AC outlet for electrical power;
   providing shielded cables having conductors adapted for electrical power transmission, wherein one cable positioned outside the magnet room couples the power supply to a penetration panel and the other cable positioned inside the magnet room couples the power from the power supply from the penetration panel the MR injector system,
   providing a radio frequency filter at the penetration panel reducing radio frequency electrical energy carried through at least one conductor of at least one of said shielded cables; and

connecting a power control of the MR injector system in said shielded magnet room to conductors of the shielded cables so that power from said power supply is provided to components of said injector system that previously received only battery power.

9. The method of claim 8, further comprising:
in the power supply, relaying data signals from a console in the control room to the shielded cable.

10. The method of claim 8, further comprising:
in the power supply, coupling AC electrical power from an AC outlet to an AC outlet externally mounted on the power supply for powering the console.

11. The method of claim 8, wherein said radio frequency filter is incorporated within said penetration panel.

12. A medical imaging suite comprising:
a shielded room having walls that include electromagnetic shielding;
an AC power outlet located outside the room;
a magnetic resonance imaging system comprising a magnet that is located inside the room; and
a power injector system comprising:
a power head and power control located inside the room;
a power supply located outside the room, the power supply accessing and receiving power from the AC power outlet; and
a power connection configured to convey electrical power from the power supply, through a wall of the room, and to the power control, wherein the power connection comprises a radio frequency filter.

13. The imaging suite of claim 12, wherein the power head comprises an electro-mechanical device, and the power connection is configured to provide power to the electro-mechanical device.

14. The imaging suite of claim 12, wherein the power head comprises an ultrasonic motor, and the power connection is configured to provide power to the ultrasonic motor.

15. The imaging suite of claim 12, further comprising a control panel located outside the room for generating data signals to control said power head;
said power connection further configured to convey data signals from said control panel to said power head for controlling said power head.

16. The imaging suite of claim 12, wherein said radio frequency filter grounds conductive shields included within said power connection.

17. The imaging suite of claim 12, wherein said radio frequency filter attenuates RF noise within a rejection frequency band selected to correspond to the RF frequencies used by said magnetic resonance imaging system.

18. A medical imaging suite comprising:
a shielded room having walls that include electromagnetic shielding;
an AC power outlet located outside the room;
a magnetic resonance imaging system comprising a magnet that is located inside the room; and
a power injector system comprising:
a power head located inside the room;
a power supply accessing and receiving power from the AC power outlet, wherein the power supply is located outside the room; and
a power connection configured to convey electrical power from the power supply into the room and to the power head, wherein the power connection comprises a radio frequency filter.

19. The imaging suite of claim 18, wherein the power head comprises an electro-mechanical device, and the power connection is configured to provide power to the electro-mechanical device.

20. The imaging suite of claim 18, wherein the power head comprises an ultrasonic motor, and the power connection is configured to provide power to the ultrasonic motor.

21. The imaging suite of claim 18, further comprising a control panel for generating data signals to control the power head.

22. The imaging suite of claim 21, wherein the power connection is configured to convey data signals from the control panel to the power head for controlling the power head.

23. The imaging suite of claim 18, wherein the radio frequency filter grounds conductive shields included within the power connection.

24. The imaging suite of claim 18, wherein the radio frequency filter attenuates RF noise within a rejection frequency band selected to correspond to the RF frequencies used by the magnetic resonance imaging system.

25. The imaging suite of claim 18, wherein the power connection comprises electrical cable.

26. The imaging suite of claim 18, wherein the power injector system comprises a battery compartment.

27. The imaging suite of claim 18, wherein the power supply of the power injector system comprises an AC-DC switcher for power conversion.

28. A method of operation for a magnetic resonance imaging suite, the method comprising:
a power supply of a magnetic resonance injector system receiving electrical power from an AC power outlet, wherein the power supply and the AC power outlet are located outside of a shielded room of the magnetic resonance imaging suite, and wherein the shielded room includes walls having electromagnetic shielding, conveying electrical power from the power supply of the magnetic resonance injector system into the shielded room via a power connection to a component of the magnetic resonance injector system located inside the shielded room, wherein at least a magnet of a magnetic resonance imaging system is located inside the shielded room; and
filtering radio frequency energy emitted from the power connection during the conveying.

29. The method of claim 28, wherein the power connection comprises electrical cable.

30. The method of claim 29, wherein the conveying comprises conveying electrical power through the electrical cable.

31. The method of claim 28, further comprising:
transmitting data signals into the shielded room from outside the shielded room.

32. The method of claim 31, wherein the transmitting comprises transmitting data signals through electrical cable.

33. The method of claim 28, wherein the component comprises a power head of the magnetic resonance injector system.

34. The method of claim 28, wherein the component comprises an electro-mechanical device of the magnetic resonance injector system.

35. The method of claim 34, wherein the conveying comprises conveying electrical power from the power supply to the electro-mechanical device.

36. The method of claim 28, wherein the component comprises an ultrasonic motor, and the conveying comprises conveying electrical power from the power supply to the ultrasonic motor.

37. The method of claim **28**, wherein the component comprises a power control of the magnetic resonance injector system.

38. The method of claim **28**, wherein the magnetic resonance injector system comprises a battery compartment.

39. The method of claim **28**, wherein the power supply of the magnetic resonance injector system comprises an AG-DC switcher for power conversion.

40. The method of claim **28**, wherein the filtering comprises attenuating RF noise within a rejection frequency band selected to correspond to RF frequencies used by the magnetic resonance imaging system.

\* \* \* \* \*